UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
WESTERN SURETY COMPANY,

        Plaintiff,

    -against-

PRIMARIS AIRLINES, INC.,

        Defendants.
----------------------------------------------------------x

FILED
APR 10 2008
USDC WP SDNY

Case No.:

Rule 7.1 Statement

08 CIV. 3478
JUDGE SWAIN

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Western Surety Company, (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    TRAVELERS CASUALTY AND SURETY COMPANY
    FEDERAL INSURANCE COMPANY
    CONTINENTAL CASUALTY COMPANY
    WESTCHESTER FIRE INSURANCE COMPANY
    AMERICAN CASUALTY COMPANY OF READING, PA
    RLI INSURANCE COMPANY

Dated: New City, New York
       March 31, 2008

                          LAW OFFICES OF MICHAEL P. O'CONNOR
                          Attorneys for Plaintiff

          BY: _____
                          Michael P. O'Connor (MO1550)
                          10 Esquire Road, Suite 14
                          New City, New York 10956
                          (845) 638-1956