UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WESTERN SURETY COMPANY,

                Plaintiff,

-against-

PRIMARIS AIRLINES, INC.,

                Defendant.
----------------------------------------------------------------X

08CIV. 3478 (LTS)(FM)

**CERTIFICATE OF SERVICE**

I, Michael P. O'Connor, hereby certify that I am counsel for Plaintiff, WESTERN SURETY COMPANY in the above action, and that on April 30, 2008, I served the Hon. Laura Taylor Swain's Initial Conference Order on the following parties hereto by mailing the same in a sealed envelope, with postage prepaid thereon, via regular U.S. mail, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

        Gary A. Reese, Esq.
        General Counsel & Senior Counselor
        PRIMARIS AIRLINES, INC.
        11412 Vale Road
        Oakton, VA 22124

Dated: April 30, 2008

                                          _____
                                          MICHAEL P. O'CONNOR (MO1550)