STATE OF NEW YORK    SOUTHERN    COUNTY    U. S. DISTRICT    COURT

DOCUMENTS SERVED WITH INDEX # 08CIV3478    AND FILED ON

ATTORNEY(S) Michael P. O'Connor, Esq.,

*Western Surety Company*    Plaintiff(s)/Petitioner(s)

vs

*Primaris Airlines, Inc.*    Defendant(s)/Respondent(s)

County of __Rockland__, State of __New York__.

__Mark Sandstrom__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at __Rockland County, NY__. On __April 15, 2008__ at __12:13 pm__

at __375 East Warm Springs Road, Suite 201, Las Vegas, NV 89119__

deponent served a  Summons in a Civil Case and Complaint
Rule 7.1 Statement, Civil Cover Sheet
Individual Practices of Judge Laura Taylor Swain

UPON: __Primaris Airlines, Inc.__, __Defendant__
(herein called recipient) therein named.

INDIVIDUAL [ ]  by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [x]  A _____ corporation, by delivering thereat a true copy of each to __Cathy Bristoll, Filght Opps__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __stated authorized__ thereof.

SUITABLE AGE PERSON [ ]  by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

AFFIXING TO DOOR [ ]  by affixing a true copy of each to the door of said premises, which is recipient's    [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___

MAILING COPY [ ]  Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence    [ ] place of employment at: _____
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on _____.
[ ] A second mailing was also made by certified mail (Receipt No. _____) within one day after such delivering to such suitable person such affixing    [ ] and with return receipt requested.

DESCRIPTION [x]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Female__ Color of skin __White__ Color of hair __Brown__ Approx. Age __49__
Approx. Height __5'7"__ Approx. weight __130__ Other _____

WITNESS FEES [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ]  Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this __28th__ day of __April, 2008__

*Claire M. Rivera*
CLAIRE M. RIVERA
NOTARY PUBLIC, State of New York
No. 01RI6149175, Qualified in Rockland Co.
Term Expires July 3, 2010

Mark Sandstrom

Server's Lic. # 0861140

Invoice•Work Order # 9926907

*ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323*