UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WESTERN SURETY COMPANY,           08 Civ. 3478

                Plaintiff,           Judge Swain

-against-                          ANSWER WITH COUNTERCLAIM

PRIMARIS AIRLINES, INC.,

                Defendant.
-----------------------------------------------------------x

Defendant, PRIMARIS AIRLINES, INC. ("Primaris Airlines") by and through their attorneys, Burkhart Wexler & Hirschberg, LLP, hereby submits this Answer to the Complaint with Affirmative Defenses and a Counterclaim and in support thereof, allege as follows:

1. Admits paragraphs 2, 4, 6, 7, 8, 9, 10 and 12.

2. Neither admits nor denies the allegations in paragraphs 3 and 5 as Defendant is without information sufficient to form a belief as to the allegations contained in the foregoing paragraphs.

3. Denies the allegations contained in paragraphs 11, and 13 through 21.

### FIRST AFFIRMATIVE DEFENSE

4. The Complaint fails to state a claim upon which relief can be granted against the Defendant.

### SECOND AFFIRMATIVE DEFENSE

5. Plaintiff is barred and/or estopped from any recovery against the Defendant Primaris Airlines by virtue of its own misconduct, inequitable conduct, and unclean hands.

### THIRD AFFIRMATIVE DEFENSE

6. Plaintiff's damages, if any, were not proximately caused by any conduct of the Defendant Primaris Airlines.

### FOURTH AFFIRMATIVE DEFENSE

7. Plaintiff has not and will not sustain any actual damages as Defendant as posted a cash bond in the amount of $100,000.00 and the theoretical and excess exposure of $24,112.00 is non-existent as Defendant has tendered an offer of compromise to the United States Customs Service of $25,000.00 thereby eliminating any exposure to plaintiff and further offered to Plaintiff to transfer an additional $25,000.00 to Plaintiff to be held in escrow to hold Plaintiff fully harmless for any loss it may in fact sustain should the United States Customs Service rejects the offer of compromise.

### AS AND FOR A COUNTERCLAIM

8. Plaintiff has not sustained and will not sustain any loss as a result of the claims asserted against Defendant and knows and/or should know such to be the case if it had in fact itself or through counsel made a professional and competent pre-filing inquiry before instituting this action. As a result, Defendant has and will incur consequential damages as a result of Plaintiff's bad faith non-performance of its insuring agreement in an amount exceeding $25,000.00.

WHEREFORE, Defendant respectfully requests that judgment be entered in their favor as follows:

A. Dismissing Plaintiff's claims for relief in their entirety with prejudice.

B. On the first counterclaim, awarding Defendant damages against Plaintiff Western Surety Company in the amount of $25,000.00 plus interest for its bad faith non-performance and/or breach of its insuring agreement with Defendant, Primaris Airlines;

C. In the alternative to "B" above, awarding Defendant, Primaris Airlines, its costs and expenses, including reasonable attorney's fees in connection with these proceedings on the grounds they are frivolous; and

D. Such other and further relief as the Court deems just and proper.

Dated: Garden City, New York
June 4, 2008

Respectfully submitted,

BURKHART WEXLER & HIRSCHBERG, LLP

By: *Norman B. Arnoff*
Norman B. Arnoff, Esq.
Attorneys for Defendant
585 Stewart Ave., Suite 750
Garden City, New York 11530
(516) 222-2230

TO:

Law Offices of Michael P. O'Connor
Attorney for Plaintiff
10 Esquire Road, Suite 14
New City, New York 10956

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WESTERN SURETY COMPANY

                              Plaintiff,      08 Civ. 3478

   -against-

PRIMARIS AIRLINES, INC.,

                              Defendant.

------------------------------------------------------------------X

**STATE OF NEW YORK**    )
                                      : ss.:
**COUNTY OF NASSAU**     )

    BELINDA GANDOLFO being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside at Merrick, New York 11566.

    On June 6, 2008, I served a true copy of the annexed **ANSWER WITH COUNTERCLAIM** by mailing same in a sealed envelope with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

**Law Offices of Michael P. O'Connor**
**10 Esquire Road, Suite 14**
**New City, New York 10956**

                                                        */s/ Belinda Gandolfo*
                                                        **BELINDA GANDOLFO**

Sworn to before me this
6 day of June 2008.

*/s/* _____
Notary Public

TERESA J. SALZAN
NOTARY PUBLIC, State of New York
No. 01SA6165813
Qualified in Suffolk County
Commission Expires May 21, 20 11

AFFIDAVIT OF SERVICE