UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WESTERN SURETY COMPANY,　　　　　　　　CASE NO.: 08 CIV. 3478 (LTS)

　　　　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　**REPLY TO COUNTERCLAIM**

　-against-

PRIMARIS AIRLINES, INC.,

　　　　　　　　Defendant.
------------------------------------------------------------------x

　　　Plaintiff, by its attorneys, LAW OFFICES OF MICHAEL P. O'CONNOR, replies to the counterclaim of defendants, PRIMARIS AIRLINES, INC., as follows:

　　　1.　　Plaintiff denies the allegations set forth in Paragraph "8" of defendant's answer and counterclaim.

　　　**WHEREFORE**, plaintiff requests that defendant's "Counterclaim" be dismissed in its entirety.

Dated: New City, New York
　　　　June 11, 2008

　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF MICHAEL P. O'CONNOR

　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　Michael P. O'Connor, ESQ. (MO1550)
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　10 Esquire Road, Suite 14
　　　　　　　　　　　　　　　　New City, New York 10956
　　　　　　　　　　　　　　　　(845) 638-1956

TO:　Norman B. Arnoff, Esq.
　　　BURKHART WEXLER & HIRSCHBERG, LLP
　　　Attorneys for Defendant
　　　585 Steward Avenue, Suite 750
　　　Garden City, New York 11530
　　　(516) 222-2230