UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

WESTERN SURETY COMPANY,   Case No.: 08 Civ. 3478 (LTS)

           Plaintiff,

   -against-   **CERTIFICATE OF SERVICE**

PRIMARIS AIRLINES, INC.,

           Defendant.
------------------------------------------------------------------x

MICHAEL P. O'CONNOR, being duly sworn, states:

I am over 18 years of age, am not a party to this action and have a place of business in New City, New York. On June 11, 2008, I caused a true and correct copy of Plaintiff's Reply to Counterclaim to be served by electronic mail and via U.S. Main in a sealed envelope with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee indicated below:

        Norman B. Arnoff, Esq.
        BURKHART WEXLER & HIRSCHBERG, LLP
        Attorneys for Defendant
        585 Steward Avenue, Suite 750
        Garden City, New York 11530

This 11th day of June, 2008

        _____
        MICHAEL P. O'CONNOR (MO1550)
        Attorney for Plaintiff
        10 Esquire Road, Suite 14
        New City, New York 10956
        (845) 638-1956