UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
WESTERN SURETY COMPANY,

                Plaintiff,

-against-

PRIMARIS AIRLINES, INC.,

                Defendant.
-----------------------------------------------------------------------x

Case No.: 08 Civ. 3478 (LTS)

**CERTIFICATE OF SERVICE**

MICHAEL P. O'CONNOR, being duly sworn, states:

I am over 18 years of age, am not a party to this action and have a place of business in New City, New York. On July 8, 2008, I caused a true and correct copy of Plaintiff's Preliminary Pre-Trial Statement to be served by electronic mail and via U.S. Main in a sealed envelope with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee indicated below:

    Norman B. Arnoff, Esq.
    BURKHART WEXLER & HIRSCHBERG, LLP
    Attorneys for Defendant
    585 Steward Avenue, Suite 750
    Garden City, New York 11530

This 8th day of July, 2008

                        _____
                        MICHAEL P. O'CONNOR (MO1550)
                        Attorney for Plaintiff
                        10 Esquire Road, Suite 14
                        New City, New York 10956
                        (845) 638-1956