# LAW OFFICES OF MICHAEL P. O'CONNOR

10 ESQUIRE ROAD
SUITE 14
NEW CITY, NEW YORK 10956

(845) 638-1956
FAX (845) 638-3916
E-MAIL: mpolaw@aol.com

MICHAEL P. O'CONNOR
ADMITTED NY, NJ & FL

DEBRA C. GOLDSCHMIDT, PARALEGAL

RICHARD G. RAMSAY, OF COUNSEL
DAVID CASTAGNA, OF COUNSEL

July 10, 2008

VIA FACSIMILE 212-805-0426

Hon. Laura Taylor Swain
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Attn.: Tyler Friedman

Re:  Western Surety Company v. Primaris Airlines Inc.
     Case No.: 08 Civ. 3478(LTS)(FM)

Honorable Madam:

It is respectfully requested that the preliminary pre-trial conference currently scheduled before Your Honor on Friday, July 11, 2008, be adjourned on consent to August 22, 2008, in order that the joint Preliminary Pre-trial Statement may be completed, agreed to by both parties and filed in a timely fashion, pursuant to Your Honor's Individual Rules.

Thank you for your attention and kind consideration to this matter.

Very truly yours,

Michael P. O'Connor (MO1550)
MPO:dcg
cc:  Norman Arnoff, Esq. (via facsimile 516-222-8803)

The conference is adjourned to August 22, 2008 at 9:45AM.
SO ORDERED this 10th day of July, 2008

_____  7/10/08
HON. LAURA TAYLOR SWAIN, U.S.D.J.