# BURKHART WEXLER & HIRSCHBERG, LLP

585 STEWART AVENUE
GARDEN CITY, NEW YORK 11530

TELEPHONE (516) 222-2230

ERROL A. BURKHART
STEPHEN B. WEXLER
DAVID HIRSCHBERG

COUNSEL
NORMAN B. ARNOFF

TELEFAX (516) 222-8803

E MAIL
"GENERALINFO@WBLAW.COM"

July 10, 2008

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE: Western Surety Co. v. Primaris Airlines Inc.
08 Civ. 3478 (Judge Swain, SDNY)

Dear Judge Swain:

In reference to the above-captioned action, my client has made an offer of compromise to the U.S. Customs which I am advised is likely to be accepted. This will resolve all the issues of the instant case and Plaintiff will not have nor will it incur any out-of-pocket losses. Accordingly, I request our Preliminary Pre-Trial Statement and Conferences with the Court be deferred. We will report promptly after receiving notice of whether the offer of compromise was accepted by U.S. Customs. If it is accepted, it should be dispositive of this case.

Thank you for your consideration of the forgoing.

*The conference is adjourned to September 19, 2008, at 10:00AM and the related deadlines are Modified accordingly.*

SO ORDERED.

Very truly yours,

Norman B. Arnoff

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
7/15/2008

NBA/nkl
1678-1

cc: Michael P. O'Connor, Esq.
    Gary Reese, Esq.

RECEIVED JUL 14 2008
CHAMBERS OF
LAURA TAYLOR SWAIN